1038

*In the Matter of the Marriage of* JEANNIE A. PENRY, *Respondent,* and ALLAN D. PENRY, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 98-3-01306-1, Richard D. Hicks, J., entered December 17, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent,* v. DAWN REGINA GLASSCOCK, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-00784-4, Gary Tabor, J., entered January 4, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL WAYNE SOVA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04303-2, Arthur W. Verharen, J., entered January 14, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS ELWICK, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00054-6, Leonard W. Costello, J., entered February 15, 2000. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.